**Fill in this information to identify your case and this filing:**

Debtor 1  Christopher _____ Golden
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  17 30831-MBK

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1.  _____
      Street address, if available, or other description

      _____

      _____  _____  _____
      City            State   ZIP Code

      _____
      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?
$_____                              $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2.  _____
      Street address, if available, or other description

      _____

      _____  _____  _____
      City            State   ZIP Code

      _____
      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?
$_____                              $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1  __Christopher__ _____ __Golden__    Case number (if known) __17 30831-MBK__
         First Name  Middle Name  Last Name

1.3. _____
     Street address, if available, or other description

     What is the property? Check all that apply.
     ☐ Single-family home
     ☐ Duplex or multi-unit building
     ☐ Condominium or cooperative
     ☐ Manufactured or mobile home
     ☐ Land
     ☐ Investment property
     ☐ Timeshare
     ☐ Other _____

     Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

     Current value of the entire property?   Current value of the portion you own?
     $_____                          $_____

     _____
     City            State   ZIP Code

     Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

     _____
     County

     Who has an interest in the property? Check one.
     ☐ Debtor 1 only
     ☐ Debtor 2 only
     ☐ Debtor 1 and Debtor 2 only
     ☐ At least one of the debtors and another

     ☐ Check if this is community property (see instructions)

     Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..........................→  $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

   3.1. Make: Ford
        Model: F-150
        Year: 2007
        Approximate mileage: 130000
        Other information:

        Who has an interest in the property? Check one.
        ☑ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ Check if this is community property (see instructions)

        Current value of the entire property?   Current value of the portion you own?
        $ 5,900.00                               $ 5,900.00

   If you own or have more than one, describe here:

   3.2. Make: Harley-Dav
        Model: XL1200C
        Year: 2014
        Approximate mileage: 15000
        Other information:

        Who has an interest in the property? Check one.
        ☑ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ Check if this is community property (see instructions)

        Current value of the entire property?   Current value of the portion you own?
        $ 7,500.00                               $ 0.00

Debtor 1  Christopher                                   Golden                     Case number *(if known)* 17 30831-MBK
          First Name    Middle Name    Last Name

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an Interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____    $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an Interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____    $_____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☒ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an Interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an Interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____    $_____

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................... → $ **5,900.00**

Debtor 1   Christopher                Golden                         Case number (if known) 17 30831-MBK
           First Name  Middle Name   Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... General Household furnishings                    $ 2,500.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... TV and Cell Phone                                $ 500.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe..........                                                  $

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe..........                                                  $

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe..........                                                 $

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe..........                                                 $ 500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe..........                                                 $

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe..........                                                 $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ...........                             $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........→   $ 3,500.00

Official Form 106A/B                    Schedule A/B: Property                          page 4

| Debtor 1 | Christopher | | Golden | Case number (if known) 17 30831-MBK |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes..................................................................................................... Cash: .................... $ _____100.00_____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes.................... Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $ _____ |
| 17.2. Checking account: | _____ | $ _____ |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................. Institution or issuer name:

_____ $ _____
_____ $ _____
_____ $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No                Name of entity:                              % of ownership:
☐ Yes. Give specific                                              0%     %        $ _____
information about   _____   0%     %        $ _____
them.....................  _____   0%     %        $ _____

Official Form 106A/B                        Schedule A/B: Property                              page 5

Debtor 1   Christopher _____ Golden _____   Case number (if known) 17 30831-MBK
           First Name  Middle Name  Last Name

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them......
   Issuer name:
   _____  $_____
   _____  $_____
   _____  $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.
   Type of account:        Institution name:
   401(k) or similar plan: Employer Caruso Landscaping _____  $      1,000.00
   Pension plan:           _____      $_____
   IRA:                    _____      $_____
   Retirement account:     _____      $_____
   Keogh:                  _____      $_____
   Additional account:     _____      $_____
   Additional account:     _____      $_____

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes......................
   Institution name or individual:
   Electric:                       _____  $_____
   Gas:                            _____  $_____
   Heating oil:                    _____  $_____
   Security deposit on rental unit:_____  $_____
   Prepaid rent:                   _____  $_____
   Telephone:                      _____  $_____
   Water:                          _____  $_____
   Rented furniture:               _____  $_____
   Other:                          _____  $_____

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes......................  Issuer name and description:
   _____  $_____
   _____  $_____
   _____  $_____

Official Form 106A/B                    Schedule A/B: Property                              page 6

| Debtor 1 | Christopher | | Golden | Case number (if known) 17 30831-MBK |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes .............................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them.... [                                ] $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them.... [                                ] $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them.... [                                ] $_____

**Money or property owed to you?**                                                                 **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................
    Federal: $_____
    State: $_____
    Local: $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information.............
    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information.............. [                                ] $_____

Official Form 106A/B                              Schedule A/B: Property                                            page 7

Debtor 1   Christopher            Golden                Case number *(if known)* 17 30831-MBK
         First Name  Middle Name  Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information.............                                                                                       $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. ....................                                                                                    $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ....................                                                                                    $

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............                                                                                        $

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ......................................................................................➔  $ 1,100.00

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe.......                                                                                                              $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe.......                                                                                                              $

Official Form 106A/B                        Schedule A/B: Property                                                    page 8

Debtor 1   Christopher _____ Golden _____   Case number (if known) 17 30831-MBK
          First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   - ☐ No
   - ☐ Yes. Describe....... _____ $_____

41. **Inventory**
   - ☐ No
   - ☐ Yes. Describe....... _____ $_____

42. **Interests in partnerships or joint ventures**
   - ☐ No
   - ☐ Yes. Describe....... Name of entity: _____ % of ownership: ____% $_____
                                                                          ____% $_____
                                                                          ____% $_____

43. **Customer lists, mailing lists, or other compilations**
   - ☐ No
   - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
      - ☐ No
      - ☐ Yes. Describe........ _____ $_____

44. **Any business-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information ......... _____ $_____
                                                _____ $_____
                                                _____ $_____
                                                _____ $_____
                                                _____ $_____
                                                _____ $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................................................................................................................. → $_____

---

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   - ☑ No. Go to Part 7.
   - ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   - ☐ No
   - ☐ Yes........................ _____ $_____

Debtor 1  Christopher _____ Golden _____   Case number (if known) 17 30831-MBK
        First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific information. ........                                         $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes .......................                                                      $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes .......................                                                      $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information. ........                                         $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......... →    $_____

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ........                                         $_____
                                                                                       $_____
                                                                                       $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ......... →    $_____

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......................................... →     $      0.00

56. Part 2: Total vehicles, line 5                          $   5,900.00

57. Part 3: Total personal and household items, line 15     $   3,500.00

58. Part 4: Total financial assets, line 36                 $   1,100.00

59. Part 5: Total business-related property, line 45        $       0.00

60. Part 6: Total farm- and fishing-related property, line 52  $    0.00

61. Part 7: Total other property not listed, line 54       + $       0.00

62. Total personal property. Add lines 56 through 61. ...    $  10,500.00   Copy personal property total → + $  10,500.00

63. Total of all property on Schedule A/B. Add line 55 + line 62 ............................   $  10,500.00

Official Form 106A/B                    Schedule A/B: Property                          page 10

 **Gmail**                                                       Mark Schneider <attymarkschneider@gmail.com>

## 22 Anchor Road, Barnegat Township
1 message

**David Dark** <David.Dark@phelanhallinan.com>                                        Mon, Dec 4, 2017 at 12:43 PM
To: "attymarkschneider@gmail.com" <attymarkschneider@gmail.com>

Hi Mark,

Below are the sales results that we have entered in our system. If you need more proof you would have to contact the Ocean County sheriff's office. They should have the details of the sale available.

**Sheriff Sale Held:** 10/10/2017 At 2:00 PM

**Purchaser:** 3rd Party

**Name:** Anchor, LLC

**Address:** 209 2nd Avenue

**City:** Livingston

**State:** NJ

**Zip:** 07039

**Phone:** (732) 286-9406

**Sold For:** $68,000.00

**Redemption Expires:** 10/20/2017

Thank you,

David Dark, Legal Assistant-Sales

Phelan Hallinan Diamond & Jones, P.C.

400 Fellowship Road, Suite 100

# MARK A. SCHNEIDER, ESQ.
## ATTORNEY AT LAW

55 Manchester Ave.
Post Office Box 258
Forked River, New Jersey 08731
Tel. 609-242-9337
Fax. 609-242-9366
attymarkschneider@gmail.com

Monday, December 18, 2017

```
U.S. Bankruptcy Court
Trenton Office Location
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(609) 989-2200
```

    Re:    **Petition for Chapter 7 Bankruptcy,**
               **Golden, Case # 17-30831-MBK**

Dear Sir/Madam:

Enclosed herein please find an original and one copy of the following pertaining to the above entitled matter, to be recorded, signed, filed and/or served:

| | |
|---|---|
| ( ) Attorney Compensation | ( ) Certification of Non-Compliance |
| ( ) Form # | ( ) Initial Bankruptcy Petition, Chapter 7 |
| ( ) Notice of Motion | ( ) Social Security Statement |
| ( ) Notice of Appeal | ( ) Consumer Credit Counseling Certificate |
| **(X) Revised/Amended Form #106A/B** | ( ) Initial Schedules for Filing |
| ( ) Debtor Educ. Certificate | ( ) Reaffirmation Agreement |
| ( ) Statistical Summary | **(X) Return Envelope** |
| ( ) Matrix on CD | ( ) Chapter 7 Means Test |

Please have filed/recorded instruments returned as indicated in the envelope provided. I enclose my firm's check in the amount of $    .00 to cover costs of the filing.

Thank you for your attention to this matter.

Very truly yours,

Mark A. Schneider

cc:    Andrea Dobin Esq., Bankruptcy Trustee